UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Tracking of

26-222-04

Case No. 4:26-mj-109

REDACTED AFFIDAVIT FOR TRACKING WARRANT

## INTRODUCTION AND AGENT BACKGROUND

I, Special Agent T. Lance Wheeler, being first duly sworn, hereby depose and state as follows:

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7). [redacted]

2. [redacted].

3. [redacted]

[redacted]

4. [redacted].

5. [redacted]

6. [redacted].

7. [redacted]

[redacted] [redacted]

8. [redacted]

9. [redacted]

10. [redacted].

11. [redacted]

**PROBABLE CAUSE**

**INITIAL INVESTIGATION**

12. [redacted]

13. [redacted]

14. [redacted]

15. [redacted]

16. [redacted]

17. [redacted]

18. [redacted]

19. [redacted]

20. [redacted]

[redacted]

21. [redacted].

**RECENT ENFORCEMENT AND INFORMATION OBTAINED**

22. [redacted]

23. [redacted].

24. [redacted]

25. [redacted]

[redacted].

26. [redacted]

## UPDATED REQUEST FOR SUBSCRIBER INFORMATION

27. [redacted]

## PROFFER INTERVIEW OF COOPERATOR 2

28. [redacted]

[redacted]

**SIGNED COURT ORDERS FOR PLI / PRTT / iCLOUD**

29. [redacted]

[redacted]

30. [redacted].

31. [redacted]

[redacted].

32. [redacted]

33. [redacted]

34. [redacted]

35. [redacted]

36. [redacted]

37. [redacted].

38. [redacted]

[redacted]

39. [redacted].

## SEARCH WARRANTS FOR VERIZON TEXT MESSAGES AND VEHICLE TRACKER

40. [redacted].

[redacted]

41. [redacted]

42. [redacted].

43. [redacted]

[redacted].

44. [redacted].

**CONCLUSION**

45. [redacted]

46. [redacted].

47. [redacted]

48. [redacted]

49. [redacted]

50. [redacted]

[redacted].

51. [redacted]

52. [redacted]

53. [redacted]

54. [redacted]

[redacted]

T. Lance Wheeler, Special Agent
Drug Enforcement Administration

Subscribed and sworn to before me, telephonically, on the 30th day of September 2026, in Sioux Falls, South Dakota.

VERONICA DUFFY
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

In the Matter of the Tracking of

26-222-04

Case No. 4:26-mj-109

**REDACTED ATTACHMENT A**

**SEALED**

**Description of Vehicles to be Tracked**

1. [redacted]

AO 102 (01/09) Application for a Tracking Warrant

# UNITED STATES DISTRICT COURT

for the
District of South Dakota

In the Matter of the Tracking of
*(Identify the person to be tracked or describe the object or property to be used for tracking)*
26-222-04

Case No. 4:26-mj-109

## REDACTED APPLICATION FOR A TRACKING WARRANT

I, a federal law enforcement officer or attorney for the government, have reason to believe that the person, property, or object described above has been and likely will continue to be involved in one or more violations of 21 U.S.C. § [redacted] Therefore, in furtherance of a criminal investigation, I request authority to install and use a tracking device or use the tracking capabilities of the property or object described above to determine location. The application is based on the facts set forth on the attached sheet.

- ☑ The person, property, or object is located in this district.
- ❒ The activity in this district relates to domestic or international terrorism.
- ❒ The person, property, or object is not now located in this district, but will be at the time of execution.
- ❒ Other:

The tracking will likely reveal these bases for the warrant under Fed. R. Crim. P. 41(c): *(check one or more)*

- ❒ evidence of a crime;
- ❒ contraband, fruits of crime, or other items illegally possessed;
- ❒ property designed for use, intended for use, or used in committing a crime;
- ❒ a person to be arrested or a person who is unlawfully restrained.

❒ I further request, for purposes of installing, maintaining or removing the tracking device, authority to enter the following vehicle or private property, or both:
A black, 2010 Jeep Grand Cherokee, bearing South Dakota license plate 1SC281, registered to Tiffany DAHLE, with a listed address of 418 ½ E 4th Street, Dell Rapids, SD

☒ Delayed notice of 30 days (give exact ending date if more than 30 days: ______________ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Tommy Lance Wheeler, Special Agent, DEA
*Applicant's printed name and title*

Sworn to before me and signed telephonically.

Date: Sept. 3❒, 2❒26

[signature: Veronica L. Duffy]
*Judge's signature*

City and state: Sioux Falls, SD

Veronica L. Duffy, United States Magistrate Judge
*Printed name and title*

Print | Save As... | Attach | Reset

AO 104 (Rev. 07/16) Tracking Warrant

# UNITED STATES DISTRICT COURT

for the

District of South Dakota

In the Matter of the Tracking of
*(Identify the person, property, or object to be tracked )*

26-222-04

Case No. 4:26-mj-109

## REDACTED TRACKING WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☑ is located in this district; ❒ is not now located in this district, but will be at execution; ❒ the activity in this district relates to domestic or international terrorism; ❒ other: ________________ .

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that *(check the appropriate box)* ❒ using the object ☑ installing and using a tracking device to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☑ I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device:

[redacted]

**YOU ARE COMMANDED** to execute this warrant and begin use of the object or complete any installation authorized by the warrant by October 14, 2026 *(no later than 10 days from the date this warrant was issued)* and may continue to use the device until November 14, 2026 *(no later than 45 days from the date this warrant was issued)*. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*

☑ into the vehicle described above ❒ onto the private property described above

❒ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)* ________________ and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☑ Pursuant to 18 U.S.C. § 3103a(b)(1), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and this warrant prohibits the seizure of any tangible property or any wire or electronic communications (as defined in 18 U.S.C § 2510). I therefore authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*

☑ for 30 days *(not to exceed 30)* ❒ until, the facts justifying, the later specific date of 10/30/2026 .

Date and time issued: Sept. 30, 2026 at 10 am CDT

Veronica L. Duffy
*Judge's signature*

City and state: Sioux Falls, SD

Veronica L. Duffy, United States Magistrate Judge
*Printed name and title*

Case No.

## Return of Tracking Warrant With Installation

1. Date and time tracking device installed: ______________________
2. Dates and times tracking device maintained: ______________________
3. Date and time tracking device removed: ______________________
4. The tracking device was used from *(date and time)*: ______________________

   to *(date and time)*: ______________________.

## Return of Tracking Warrant Without Installation

1. Date warrant executed: ______________________
2. The tracking information was obtained from *(date and time)*: ______________________

   to *(date and time)*: ______________________.

## Certification

I declare under the penalty of perjury that this return is correct and was returned along with the original warrant to the designated judge.

Date: ______________________

______________________
*Executing officer's signature*

______________________
*Printed name and title*

Print | Save As... | Reset